CHARLENE LOGAN, Respondent, v L.A. MANAGEMENT & RESTAURANT LTD., Doing Business as PIER 84, Appellant. [714 NYS2d 917] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment dismissing the complaint. Defendant failed to support its motion with a copy of the pleadings filed in the action and thus was not entitled to summary judgment (*see,* CPLR 3212 [b]; *Deer Park Assocs. v Robbins Store,* 243 AD2d 443; *McMahon v Wolverine Worldwide,* 233 AD2d 587; *Dupuy v Carrier Corp.,* 204 AD2d 977). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.